UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DALE CARMAN,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA STATE PRISON,<br><br>Respondent. | No. 2:24-cv-3755 DAD AC P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  On January 29, 2025, respondent filed a motion to dismiss the petition. ECF No. 10.  Petitioner has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute without further warning, pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 17, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE